IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Alexander, Carol A

Printed:  9/30/08

Case Number:  08 B 12263
Judge:  Wedoff, Eugene R
Filed:  5/14/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 14, 2008
Confirmed: July 24, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 840.07 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 785.46 |
| Trustee Fee: |  | 54.61 |
| Other Funds: |  | 0.00 |
| Totals: | 840.07 | 840.07 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,141.50 | 785.46 |
| 2. | GRP Financial Services Corporation | Secured | 0.00 | 0.00 |
| 3. | Sovereign Bank | Secured | 0.00 | 0.00 |
| 4. | Sovereign Bank | Secured | 0.00 | 0.00 |
| 5. | Cook County Treasurer | Secured | 2,928.67 | 0.00 |
| 6. | GRP Financial Services Corporation | Secured | 23,758.72 | 0.00 |
| 7. | Cook County Treasurer | Unsecured | 1,348.06 | 0.00 |
| 8. | Citibank USA | Unsecured |  | No Claim Filed |
| 9. | Allied Interstate | Unsecured |  | No Claim Filed |
| 10. | Credit Management Co. | Unsecured |  | No Claim Filed |
| 11. | First Premier Bank | Unsecured |  | No Claim Filed |
| 12. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 29,176.95 | $ 785.46 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 54.61 |
|  | _____ |
|  | $ 54.61 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Alexander, Carol A | Case Number:  08 B 12263 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/30/08 | Filed:  5/14/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

